Petition for Writ of Mandamus Denied and Memorandum Opinion filed
February 23, 2006









 




 
 
 
  
 
 
 




Petition for Writ of Mandamus Denied and Memorandum
Opinion filed February 23, 2006. 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01102-CV

____________

 

IN RE J. MICHAEL EPSTEIN, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On October 28, 2005, relator filed a petition
for writ of mandamus in this court.  See
Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition, relator asked this court to
compel the Honorable Mike Wood, presiding judge of Probate Court No. 2, Harris
County, to set aside his order, signed on August 19, 2005, granting Defendant,
Howard Reiner=s Amended Motion to Transfer and for
Consolidation in trial court cause no. 233,111-402, styled J. Michael Epstein
v. Howard Reiner, Individually and as Substitute Trustee.

 








Relator has not established that he is entitled to mandamus
relief.  Accordingly, we deny relator=s petition for writ of mandamus. 








 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed February 23, 2006.

Panel consists of
Justices Hudson, Frost, and Seymore (Seymore, J., would grant relief).